# IN THE SUPREME COURT OF PENNSYLVANIA

|                                                    |   |                                |
|----------------------------------------------------|---|--------------------------------|
|                                                    | : |                                |
| IN RE:                                             | : | NO. 664                        |
|                                                    | : |                                |
| APPOINTMENT TO THE CIVIL PROCEDURAL RULES COMMITTEE | : | CIVIL PROCEDURAL RULES DOCKET  |
|                                                    | : |                                |

## ORDER

**PER CURIAM**

**AND NOW**, this 31st day of May, 2017, Kathleen D. Bruder, Esquire, Dauphin County, is hereby appointed as a member of the Civil Procedural Rules Committee for a term of three years, commencing July 1, 2017.